DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAHARRA ASSETS 5545, INC.,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** etc., et al.,
Appellees.

No. 4D21-2709

[November 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE-08-000858 (11).

Joseph J. Portuondo, Coral Gables, for appellant.

Joseph G. Paggi III of Deluca Law Group, PLLC, Fort Lauderdale, for appellee U.S. Bank National Association, etc.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***